## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: NIEVES, RICARDO J  § Case No. 09-37927
      NIEVES, SYLVIA C  §
  §
  §
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on December 21, 2012 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 11/12/2012          By:  /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: NIEVES, RICARDO J | § | Case No. 09-37927 |
| NIEVES, SYLVIA C | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 11,002.81 |
| *and approved disbursements of* | $ | 390.33 |
| *leaving a balance on hand of* [1] | $ | 10,612.48 |
| **Balance on hand:** | $ | 10,612.48 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 10,612.48 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 1,850.28 | 0.00 | 1,850.28 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,850.28 |
| Remaining balance: | $ | 8,762.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 8,762.20 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $43,126.49 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 43,126.49 | 0.00 | 8,762.20 |

Total to be paid for priority claims: $ 8,762.20
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 152,306.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 3,532.42 | 0.00 | 0.00 |
| 2 | American Express Bank, FSB | 20,858.76 | 0.00 | 0.00 |
| 3 | American Express Bank, FSB | 4,692.39 | 0.00 | 0.00 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 35,493.83 | 0.00 | 0.00 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 23,532.26 | 0.00 | 0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 123.40 | 0.00 | 0.00 |
| 7 | DISCOVER BANK | 11,661.14 | 0.00 | 0.00 |
| 8 | The Northern Trust Company | 52,411.85 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $   0.00
Remaining balance: $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $   0.00
Remaining balance: $   0.00

Prepared By:  /s/JOHN E. GIERUM
                          Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:
Ricardo J Nieves
Sylvia C Nieves
    Debtors

Case No. 09-37927-ABG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: cturner    Page 1 of 3    Date Rcvd: Nov 13, 2012
Form ID: pdf006    Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2012.

```
db            #+Ricardo J Nieves,    3250 University Road,    Highland Park, IL 60035-1147
jdb           #+Sylvia C Nieves,    3250 University Road,    Highland Park, IL 60035-1147
14564192      +American Express,    c/o Becket and Lee,    Po Box 3001,    Malvern, PA 19355-0701
14782790       American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14564195      +Bank One/Chase,    8333 Ridgepoint Dr,    Irving, TX 75063-5812
14564197      +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
                Columbus, OH 43219-6009
14564198      +Chase- Bp,    Po Box 15298,    Wilmington, DE 19850-5298
14564199      +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
14564201      +Exxmblciti,    Attn.: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
14564202      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14564203      +Hsbc/ms,    Po Box 2393,    Brandon, FL 33509-2393
14564205      +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
14564206      +Marina Nieves,    222 North Columbus,    Unit 206,    Chicago, IL 60601-7810
14564208      +Standard Bank & Trust,    7800 W 95th St,    Hickory Hills, IL 60457-2298
14564209      +The Northern Trust Com,    50 S Lasalle St # B-1,    Chicago, IL 60603-1003
15051034      +The Northern Trust Company,    c/o Kropik Papuga and Shaw,    120 S. LaSalle ste. 1500,
                Chicago, IL 60603-3572
14564210      +Tnb-visa,    Po Box 9475,    Minneapolis, MN 55440-9475
14564211      +Washington Mutual Mortgage,    Bankruptcy Dept. JAXA 2035,    7255 Bay Meadows Way,
                Jacksonville, FL 32256-6851
14564212      +World Savings & Loan,    4101 Wiseman Blvd,    Attn: Bankruptcy,    San Antonio, TX 78251-4200
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14564193      +E-mail/Text: RBALTAZAR@ARMORSYS.COM Nov 14 2012 05:05:09     Armor Systems Co,    1700 Kiefer Dr,
                Suite 1,   Zion, IL 60099-5105
14942209       E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:46:47      DISCOVER BANK,
                DFS Services LLC,    PO Box 3025,   New Albany, Ohio  43054-3025
14564200      +E-mail/PDF: mrdiscen@discoverfinancial.com Nov 14 2012 04:46:47      Discover Fin Svcs Llc,
                Po Box 15316,    Wilmington, DE 19850-5316
14880839       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 14 2012 05:48:48
                FIA CARD SERVICES, NA/BANK OF AMERICA,    BY AMERICAN INFOSOURCE LP AS ITS AGENT,    PO Box 248809,
                Oklahoma City, OK  73124-8809
14564204       E-mail/Text: cio.bncmail@irs.gov Nov 14 2012 04:21:16      Internal Revenue Service,
                Centralized Insolvency,    p.o. box 21126,   Philadelphia, PA 11914
14564207      +E-mail/Text: bnc@nordstrom.com Nov 14 2012 04:31:01      Nordstrom FSB,
                Attention: Bankruptcy Department,    Po Box 6566,   Englewood, CO 80155-6566
14925948      +E-mail/Text: resurgentbknotifications@resurgent.com Nov 14 2012 04:27:11
                PYOD LLC its successors and assigns as assignee of,     Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14866357*      American Express Bank, FSB,    POB 3001,    Malvern, PA 19355-0701
14564194     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
14564196     ##+Bk Of Amer,    Po Box 17054,    Wilmington, DE 19850-7054
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cturner            Page 2 of 3            Date Rcvd: Nov 13, 2012
                              Form ID: pdf006          Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 15, 2012**                        **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: cturner             Page 3 of 3               Date Rcvd: Nov 13, 2012
                              Form ID: pdf006          Total Noticed: 26
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2012 at the address(es) listed below:

```
          Faiq  Mihlar   on behalf of Creditor   JP Morgan Chase Bank, National Association as Servicer....,
           shellyhood@hsbattys.com,
           jenniferewins@hsbattys.com;heathergiannino@hsbattys.com;bk4hsbm@gmail.com
          Heather M Giannino    on behalf of Creditor   JP Morgan Chase Bank, National Association as
           Servicer...., heathergiannino@hsbattys.com,
           jenniferewins@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
          John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
          John P Carlin    on behalf of Debtor Ricardo Nieves jcarlin@changandcarlin.com,
           changcarlin@iamthewolf.com
          Maria  Georgopoulos   on behalf of Creditor   WELLS FARGO BANK, N.A. nd-four@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```