# Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 09-37927 ABG | Trustee: | (520171) JOHN E. GIERUM |
|---|---|---|---|
| Case Name: | NIEVES, RICARDO J | Filed (f) or Converted (c): | 10/12/09 (f) |
| | NIEVES, SYLVIA C | §341(a) Meeting Date: | 11/06/09 |
| Period Ending: | 12/31/12 | Claims Bar Date: | 02/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1  3250 University Ave Highland<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 600,000.00 | 0.00 | DA | 0.00 | FA |
| 2  222 N. Columbus, Unit 2003<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 3  222 N. Columbus, Unit 2006<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 4  222 N. Columbus, Unit 2002<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 285,000.00 | 0.00 | DA | 0.00 | FA |
| 5  Chase Checking Account<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,200.00 | 0.00 | DA | 0.00 | FA |
| 6  Chase Checking Account<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 7  Household Goods<br>  Orig. Asset Memo: Imported from original petition Doc# 1 | 1,500.00 | 1,500.00 | DA | 0.00 | FA |

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-37927 ABG  
**Case Name:** NIEVES, RICARDO J  
　　　　　　　NIEVES, SYLVIA C  
**Period Ending:** 12/31/12  

**Trustee:** (520171)   JOHN E. GIERUM  
**Filed (f) or Converted (c):** 10/12/09 (f)  
**§341(a) Meeting Date:** 11/06/09  
**Claims Bar Date:** 02/09/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 8 | Clothes<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 250.00 | 0.00 | DA | 0.00 | FA |
| 9 | IRA<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10 | Trans America Annuity<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 66,985.00 | 0.00 | DA | 0.00 | FA |
| 11 | Striedenger and Nieves Properties LLC<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | Thomas-Nieves LLC<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2002 Lexus LX470 150,000<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 9,500.00 | 9,500.00 | | 11,000.00 | FA |
| 14 | 1996 Mercedes S420 62,000 miles<br>　Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 4,200.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-37927 ABG  
**Case Name:** NIEVES, RICARDO J  
NIEVES, SYLVIA C  
**Period Ending:** 12/31/12  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 10/12/09 (f)  
**§341(a) Meeting Date:** 11/06/09  
**Claims Bar Date:** 02/09/10  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| Int | INTEREST (u) | Unknown | N/A | | 2.81 | FA |
| 15 | **Assets** **Totals** (Excluding unknown values) | **$1,265,935.00** | **$15,200.00** | | **$11,002.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR filed, approved and checks out

**Initial Projected Date Of Final Report (TFR):** December 31, 2012     **Current Projected Date Of Final Report (TFR):** November 12, 2012 (Actual)

## Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-37927 ABG | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | NIEVES, RICARDO J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | NIEVES, SYLVIA C | Account: | ***-*****70-65 - Money Market Account |
| Taxpayer ID #: | **-***2922 | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 12/31/12 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/10 | {13} | Ricard J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/15/10 | {13} | Ricardo J. Nieves, Sr. M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 2,000.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.06 | | 2,000.06 |
| 04/13/10 | {13} | Ricardo J. Nieves, Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 3,000.06 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.05 | | 3,000.11 |
| 04/20/10 | | Wire out to BNYM account 9200******7065 | Wire out to BNYM account 9200******7065 | 9999-000 | -3,000.11 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | -3,000.11 | 0.00 | |
| | | | **Subtotal** | | **3,000.11** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,000.11** | **$0.00** | |

{} Asset reference(s)                                                                 Printed: 01/26/2013 03:33 PM     V.13.11

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-37927 ABG | **Trustee:** | JOHN E. GIERUM (520171) |
| --- | --- | --- | --- |
| **Case Name:** | NIEVES, RICARDO J | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | NIEVES, SYLVIA C | **Account:** | ***-*****70-66 - Checking Account |
| **Taxpayer ID #:** | **-***2922 | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 12/31/12 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)             Printed: 01/26/2013 03:33 PM    V.13.11

Case 09-37927 Doc 42 Filed 01/26/13 Entered 01/26/13 16:33:22 Desc Main
Document Page 6 of 10

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-37927 ABG | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|
| Case Name: | NIEVES, RICARDO J | Bank Name: | The Bank of New York Mellon |
| | NIEVES, SYLVIA C | Account: | 9200-******70-65 - Checking Account |
| Taxpayer ID #: | **-***2922 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 12/31/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | 9999-000 | 3,000.11 | | 3,000.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 3,000.17 |
| 05/04/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 4,000.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,000.40 |
| 06/11/10 | {13} | Ricardo J. Nieves, Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 5,000.40 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 5,000.66 |
| 07/09/10 | {13} | Ricardo J. Nieves | RECEIVABLE | 1129-000 | 1,000.00 | | 6,000.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.34 | | 6,001.00 |
| 08/03/10 | {13} | Ricardo J. Nieves, Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 7,001.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 7,001.40 |
| 09/03/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 8,001.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,001.45 |
| 10/14/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 9,001.45 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,001.51 |
| 11/09/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 10,001.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,001.58 |
| 12/08/10 | {13} | Ricardo J. Nieves Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 11,001.58 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,001.67 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,001.76 |
| 02/04/11 | | To Account #9200******7066 | TRANSFER OF FUNDS | 9999-000 | | 9.60 | 10,992.16 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,992.24 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.33 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.42 |

Subtotals : **$11,002.02** **$9.60**

{} Asset reference(s)

Printed: 01/26/2013 03:33 PM V.13.11

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 09-37927 ABG | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | NIEVES, RICARDO J | | Bank Name: | The Bank of New York Mellon |
| | NIEVES, SYLVIA C | | Account: | 9200-******70-65 - Checking Account |
| Taxpayer ID #: | **-***2922 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 12/31/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.51 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.60 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.69 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 21.08 | 10,971.61 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,971.70 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.56 | 10,946.14 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.75 | 10,946.89 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,946.97 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,921.97 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,922.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,897.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,897.14 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,872.14 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,872.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,847.23 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,847.32 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,822.32 |
| 02/07/12 | | To Account #9200******7066 | TRANSFER OF FUNDS | 9999-000 | | 9.84 | 10,812.48 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,787.48 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,762.48 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,737.48 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,712.48 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,687.48 |

Subtotals :    $0.79    $305.73

{} Asset reference(s)

Printed: 01/26/2013 03:33 PM    V.13.11

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 09-37927 ABG
**Case Name:** NIEVES, RICARDO J
NIEVES, SYLVIA C
**Taxpayer ID #:** **-***2922
**Period Ending:** 12/31/12

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******70-65 - Checking Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/09/12 | | To Account #9200******7066 | TRANSFER OF FUNDS | 9999-000 | | 10,687.48 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **11,002.81** | **11,002.81** | **$0.00** |
| | | | Less: Bank Transfers | | 3,000.11 | 10,706.92 | |
| | | | **Subtotal** | | **8,002.70** | **295.89** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,002.70** | **$295.89** | |

{} Asset reference(s)                                         Printed: 01/26/2013 03:33 PM    V.13.11

## Form 2

## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 09-37927 ABG
**Case Name:** NIEVES, RICARDO J
NIEVES, SYLVIA C
**Taxpayer ID #:** **-***2922
**Period Ending:** 12/31/12

**Trustee:** JOHN E. GIERUM (520171)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******70-66 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******7065 | TRANSFER OF FUNDS | 9999-000 | 9.60 | | 9.60 |
| 02/07/11 | 10101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #09-37927, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 9.60 | 0.00 |
| 02/07/12 | | From Account #9200******7065 | TRANSFER OF FUNDS | 9999-000 | 9.84 | | 9.84 |
| 02/10/12 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-37927, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 9.84 | 0.00 |
| 07/09/12 | | From Account #9200******7065 | TRANSFER OF FUNDS | 9999-000 | 10,687.48 | | 10,687.48 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,662.48 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,637.48 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,612.48 |
| 12/26/12 | 10103 | JOHN E. GIERUM | Dividend paid 100.00% on $1,850.28, Trustee Compensation;  Reference: | 2100-000 | | 1,850.28 | 8,762.20 |
| 12/26/12 | 10104 | Internal Revenue Service | First and Final Distribution | 5800-000 | | 8,762.20 | 0.00 |

**Subtotals :**   **$10,706.92**   **$10,706.92**

{} Asset reference(s)

Printed: 01/26/2013 03:33 PM   V.13.11

## Form 2
### Cash Receipts And Disbursements Record

Page: 7

| | |
|---|---|
| **Case Number:** | 09-37927 ABG |
| **Case Name:** | NIEVES, RICARDO J |
| | NIEVES, SYLVIA C |
| **Taxpayer ID #:** | **-***2922 |
| **Period Ending:** | 12/31/12 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******70-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 10,706.92 | 10,706.92 | $0.00 |
| | | | Less: Bank Transfers | | 10,706.92 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 10,706.92 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$10,706.92** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****70-65** | 3,000.11 | 0.00 | 0.00 |
| **Checking # ***-*****70-66** | 0.00 | 0.00 | 0.00 |
| **Checking # 9200-******70-65** | 8,002.70 | 295.89 | 0.00 |
| **Checking # 9200-******70-66** | 0.00 | 10,706.92 | 0.00 |
| | **$11,002.81** | **$11,002.81** | **$0.00** |