# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 7 |
| | ) | |
| RICARDO J. NIEVES, AND | ) | No. 09-37927 |
| SYLVIA C. NIEVES | ) | |
| | ) | |
| Debtors. | ) | Honorable A. Benjamin Goldgar |

## TRUSTEE'S AMENDED REPORT OF DEPOSIT OF UNCLAIMED PROPERTY

JOHN E. GIERUM, Trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following amended report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1.  On, October 12, 2009, this Court entered an Order for Relief under Chapter 7 against the Debtor. Trustee was subsequently appointed, qualified and continues to serve as Trustee in this case.

2.  On March 21, 2013, Trustee sent a distribution check representing payment on a subrogated claim via U.S. Mail to the creditor listed on the attached Exhibit "A".

3.  The distribution check for this creditor has not been negotiated.

4.  By reason of the foregoing, Trustee has stopped payment on the distribution check and has deposited these unclaimed funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the Bankruptcy Code.

Respectfully submitted,

By: /s/ _____
John E. Gierum, Trustee

John E. Gierum
GIERUM & MANTAS
2700 South River Road, Suite 308
Des Plaines, IL 60018
847/318-9130
Atty. No. 0951803

# EXHIBIT "A"

| CLAIMANT | DISTRIBUTION AMOUNT |
|---|---|
| Ricardo J. Nieves<br>3250 University Road<br>Highland Park, IL 60035 | $8,762.20 |
| TOTAL: | $8,762.20 |