# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: NIEVES, RICARDO J | § | Case No. 09-37927 |
| NIEVES, SYLVIA C | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,256,435.00
*(without deducting any secured claims)*

Assets Exempt: $110,735.00

Total Distribution to Claimants: $0.00

Claims Discharged
Without Payment: $152,306.05

Total Expenses of Administration: $2,240.61

3) Total gross receipts of $ 11,002.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,762.20 (see **Exhibit 2**), yielded net receipts of $2,240.61 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,240.61 | 2,240.61 | 2,240.61 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 43,126.49 | 43,126.49 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 152,306.05 | 152,306.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $197,673.15 | $197,673.15 | $2,240.61 |

4)  This case was originally filed under Chapter 7 on October 12, 2009. The case was pending for 51 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as  **Exhibit 8** .  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as  **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/15/2014                  By:   /s/JOHN E. GIERUM                          
                                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2002 Lexus LX470 150,000 | 1129-000 | 11,000.00 |
| Interest Income | 1270-000 | 2.81 |
| **TOTAL GROSS RECEIPTS** | | $11,002.81 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Clerk of the United States Bankruptcy Court | Unclaimed Funds | 8500-002 | 8,762.20 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $8,762.20 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 1,850.28 | 1,850.28 | 1,850.28 |
| JOHN E. GIERUM | 2200-000 | N/A | 19.44 | 19.44 | 19.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 21.08 | 21.08 | 21.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 24.81 | 24.81 | 24.81 |

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $2,240.61 | $2,240.61 | $2,240.61 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | N/A | 43,126.49 | 43,126.49 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $43,126.49 | $43,126.49 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 3,532.42 | 3,532.42 | 0.00 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 20,858.76 | 20,858.76 | 0.00 |
| 3 | American Express Bank, FSB | 7100-000 | N/A | 4,692.39 | 4,692.39 | 0.00 |
| 4 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 35,493.83 | 35,493.83 | 0.00 |
| 5 | FIA CARD SERVICES, NA/BANK OF AMERICA | 7100-000 | N/A | 23,532.26 | 23,532.26 | 0.00 |
| 6 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 123.40 | 123.40 | 0.00 |
| 7 | DISCOVER BANK | 7100-000 | N/A | 11,661.14 | 11,661.14 | 0.00 |
| 8 | The Northern Trust Company | 7100-000 | N/A | 52,411.85 | 52,411.85 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $152,306.05 | $152,306.05 | $0.00 |

Exhibit 8

## Form 1
### Individual Estate Property Record and Report
### Asset Cases

Page: 1

| Case Number: | 09-37927 | Trustee: | (520171)    JOHN E. GIERUM |
|---|---|---|---|
| Case Name: | NIEVES, RICARDO J | Filed (f) or Converted (c): | 10/12/09 (f) |
| | NIEVES, SYLVIA C | §341(a) Meeting Date: | 11/06/09 |
| Period Ending: 01/15/14 | | Claims Bar Date: | 02/09/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3250 University Ave Highland<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 600,000.00 | 0.00 | | 0.00 | FA |
| 2 | 222 N. Columbus, Unit 2003<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 285,000.00 | 0.00 | | 0.00 | FA |
| 3 | 222 N. Columbus, Unit 2006<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4 | 222 N. Columbus, Unit 2002<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 285,000.00 | 0.00 | | 0.00 | FA |
| 5 | Chase Checking Account<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 4,200.00 | 0.00 | | 0.00 | FA |
| 6 | Chase Checking Account<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 2,500.00 | 0.00 | | 0.00 | FA |
| 7 | Household Goods<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 8 | Clothes<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 250.00 | 0.00 | | 0.00 | FA |
| 9 | IRA<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Trans America Annuity<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 66,985.00 | 0.00 | | 0.00 | FA |
| 11 | Striedenger and Nieves Properties LLC<br>  Orig. Asset Memo: Imported from original petition<br>  Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Thomas-Nieves LLC | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 09-37927 | **Trustee:** (520171) JOHN E. GIERUM |
| **Case Name:** NIEVES, RICARDO J | **Filed (f) or Converted (c):** 10/12/09 (f) |
| NIEVES, SYLVIA C | **§341(a) Meeting Date:** 11/06/09 |
| **Period Ending:** 01/15/14 | **Claims Bar Date:** 02/09/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 13 | 2002 Lexus LX470 150,000<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 9,500.00 | 9,500.00 | | 11,000.00 | FA |
| 14 | 1996 Mercedes S420 62,000 miles<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 9,000.00 | 4,200.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.81 | FA |
| 15 | **Assets**  **Totals** (Excluding unknown values) | **$1,265,935.00** | **$15,200.00** | | **$11,002.81** | **$0.00** |

**Major Activities Affecting Case Closing:**

  TFR filed, approved and checks out

**Initial Projected Date Of Final Report (TFR):**   December 31, 2012        **Current Projected Date Of Final Report (TFR):**   November 12, 2012  (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 09-37927 |
|---|---|
| Case Name: | NIEVES, RICARDO J |
| | NIEVES, SYLVIA C |
| Taxpayer ID #: | **-***2922 |
| Period Ending: | 01/15/14 |

| Trustee: | JOHN E. GIERUM (520171) |
|---|---|
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****70-65 - Money Market Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 02/23/10 | {13} | Ricard J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 1,000.00 |
| 03/15/10 | {13} | Ricardo J. Nieves, Sr. M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 2,000.00 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.06 | | 2,000.06 |
| 04/13/10 | {13} | Ricardo J. Nieves, Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 3,000.06 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.05 | | 3,000.11 |
| 04/20/10 | | Wire out to BNYM account 9200*****7065 | Wire out to BNYM account 9200******7065 | 9999-000 | -3,000.11 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -3,000.11 | 0.00 | |
| Subtotal | 3,000.11 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $3,000.11 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-37927 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | NIEVES, RICARDO J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | NIEVES, SYLVIA C | | Account: | ***-*****70-66 - Checking Account |
| Taxpayer ID #: | **-***2922 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/15/14 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 01/15/2014 02:22 PM   V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 09-37927 | | **Trustee:** | JOHN E. GIERUM (520171) | | |
| **Case Name:** | NIEVES, RICARDO J | | **Bank Name:** | The Bank of New York Mellon | | |
| | NIEVES, SYLVIA C | | **Account:** | 9200-******70-65 - Checking Account | | |
| **Taxpayer ID #:** | **-***2922 | | **Blanket Bond:** | $5,000,000.00  (per case limit) | | |
| **Period Ending:** | 01/15/14 | | **Separate Bond:** | N/A | | |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | Wire in from JPMorgan Chase Bank, N.A. account ********7065 | 9999-000 | 3,000.11 | | 3,000.11 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 3,000.17 |
| 05/04/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 4,000.17 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.23 | | 4,000.40 |
| 06/11/10 | {13} | Ricardo J. Nieves, Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 5,000.40 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.26 | | 5,000.66 |
| 07/09/10 | {13} | Ricardo J. Nieves | RECEIVABLE | 1129-000 | 1,000.00 | | 6,000.66 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.34 | | 6,001.00 |
| 08/03/10 | {13} | Ricardo J. Nieves, Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 7,001.00 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.40 | | 7,001.40 |
| 09/03/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 8,001.40 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 8,001.45 |
| 10/14/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 9,001.45 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 9,001.51 |
| 11/09/10 | {13} | Ricardo J. Nieves, Sr., M.D. | RECEIVABLE | 1129-000 | 1,000.00 | | 10,001.51 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,001.58 |
| 12/08/10 | {13} | Ricardo J. Nieves Sr., MD | RECEIVABLE | 1129-000 | 1,000.00 | | 11,001.58 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,001.67 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,001.76 |
| 02/04/11 | | To Account #9200******7066 | TRANSFER OF FUNDS | 9999-000 | | 9.60 | 10,992.16 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,992.24 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.33 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.42 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.51 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.60 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,992.69 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 21.08 | 10,971.61 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,971.70 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.56 | 10,946.14 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -0.75 | 10,946.89 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,946.97 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,921.97 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,922.06 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,897.06 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,897.14 |

| | | | | Subtotals : | $11,002.63 | $105.49 | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

Case Number: 09-37927
Case Name: NIEVES, RICARDO J
NIEVES, SYLVIA C
Taxpayer ID #: **-***2922
Period Ending: 01/15/14

Trustee: JOHN E. GIERUM (520171)
Bank Name: The Bank of New York Mellon
Account: 9200-******70-65 - Checking Account
Blanket Bond: $5,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,872.14 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,872.23 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,847.23 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 10,847.32 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,822.32 |
| 02/07/12 | | To Account #9200******7066 | TRANSFER OF FUNDS | 9999-000 | | 9.84 | 10,812.48 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,787.48 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,762.48 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,737.48 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,712.48 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,687.48 |
| 07/09/12 | | To Account #9200******7066 | TRANSFER OF FUNDS | 9999-000 | | 10,687.48 | 0.00 |

| | | | | |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 11,002.81 | 11,002.81 | $0.00 |
| Less: Bank Transfers | | 3,000.11 | 10,706.92 | |
| Subtotal | | 8,002.70 | 295.89 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $8,002.70 | $295.89 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 09-37927 |
| Case Name: | NIEVES, RICARDO J |
| | NIEVES, SYLVIA C |
| Taxpayer ID #: | **-***2922 |
| Period Ending: | 01/15/14 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******70-66 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******7065 | TRANSFER OF FUNDS | 9999-000 | 9.60 | | 9.60 |
| 02/07/11 | 10101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #09-37927, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 9.60 | 0.00 |
| 02/07/12 | | From Account #9200******7065 | TRANSFER OF FUNDS | 9999-000 | 9.84 | | 9.84 |
| 02/10/12 | 10102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-37927, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 9.84 | 0.00 |
| 07/09/12 | | From Account #9200******7065 | TRANSFER OF FUNDS | 9999-000 | 10,687.48 | | 10,687.48 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,662.48 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,637.48 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,612.48 |
| 12/26/12 | 10103 | JOHN E. GIERUM | Dividend paid 100.00% on $1,850.28, Trustee Compensation;  Reference: | 2100-000 | | 1,850.28 | 8,762.20 |
| 12/26/12 | 10104 | Internal Revenue Service | First and Final Distribution<br>Stopped on 02/26/13 | 5800-000 | | 8,762.20 | 0.00 |
| 02/26/13 | 10104 | Internal Revenue Service | First and Final Distribution<br>Stopped: check issued on 12/26/12 | 5800-000 | | -8,762.20 | 8,762.20 |
| 02/28/13 | | TRANSFER TO 0001052017188 20130228 | TRANSFER TO 0001052017188 20130228 | 9999-000 | | ! 8,762.20 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 10,706.92 | 10,706.92 | $0.00 |
| Less: Bank Transfers | 10,706.92 | 8,762.20 | |
| **Subtotal** | **0.00** | **1,944.72** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$1,944.72** | |

Exhibit 9

# **Form 2**

## **Cash Receipts And Disbursements Record**

| | |
|---|---|
| Case Number: | 09-37927 |
| Case Name: | NIEVES, RICARDO J |
| | NIEVES, SYLVIA C |
| Taxpayer ID #: | **-***2922 |
| Period Ending: | 01/15/14 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****663766 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/13 | | RABOBANK MIGRATION<br>TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 8,762.20 | | 8,762.20 |
| 03/20/13 | 20105 | Ricardo J. Nieves | Subrogated Claim 1P<br>Stopped on 11/07/13 | 5800-000 | | 8,762.20 | 0.00 |
| 11/07/13 | 20105 | Ricardo J. Nieves | Subrogated Claim 1P<br>Stopped: check issued on 03/20/13 | 5800-000 | | -8,762.20 | 8,762.20 |
| 11/07/13 | 20106 | Clerk of the United States<br>Bankruptcy Court | Unclaimed Funds | 8500-002 | | 8,762.20 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 8,762.20 | 8,762.20 | $0.00 |
| Less: Bank Transfers | 8,762.20 | 0.00 | |
| Subtotal | 0.00 | 8,762.20 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $8,762.20 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****70-65 | 3,000.11 | 0.00 | 0.00 |
| Checking # ***-*****70-66 | 0.00 | 0.00 | 0.00 |
| Checking # 9200-******70-65 | 8,002.70 | 295.89 | 0.00 |
| Checking # 9200-******70-66 | 0.00 | 1,944.72 | 0.00 |
| Checking # ****663766 | 0.00 | 8,762.20 | 0.00 |
| | $11,002.81 | $11,002.81 | $0.00 |